Lawrence Jerome BAILEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47089.

Missouri Court of Appeals,
Western District.

Aug. 24, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1993.

Lawrence Jerome Bailey, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a motion for post-conviction relief.

Affirmed. Rule 84.16(b).